IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **JAMES McNAMARA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **KMART CORPORATION** | : | **NO. 2008/18** |

## ORDER

**AND NOW**, this 8th day of September, 2011, upon consideration of the Plaintiff's Amended Motion for Award of Costs (Document No. 133) and the defendant's response, it is **ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.